1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARIA ALVAREZ,                    ) Case No.: CV 07-5339 FMO
                                     )
12         Plaintiff,                ) ORDER AWARDING EAJA
                                     ) ATTORNEY FEES
13 v.                                )
                                     )
14 MICHAEL J. ASTRUE,                )
   COMMISSIONER OF SOCIAL            )
15 SECURITY ADMINISTRATION,          )
                                     )
16                                   )
           Defendant.                )
17                                   )
                                     )
18

19     Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of TWO THOUSAND-SEVEN HUNDRED dollars ($2,700.00) as

23 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24 Stipulation.

25 DATE: 10/10/08

26                           _____/s/_____
                             THE HONORABLE FERNANDO M. OLGUIN
27                           UNITED STATES MAGISTRATE JUDGE

28